UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY HOPE ARTIAGA CASTILLO,

    Plaintiff,

    v.

CITY OF SAN JOSE,

    Defendant.

Case No. 24-cv-00701-SVK

**ORDER TO SHOW CAUSE**

On August 2, 2024, the Court granted Defendant's motion to dismiss with leave to amend. *See* Dkt. 18. The Court directed self-represented Plaintiff to file an amended complaint by September 3, 2024, and cautioned Plaintiff that it would "dismiss this action if Plaintiff fails to file an amended complaint by the deadline." *See id.* at 5. As of this date of this Order, Plaintiff has not filed an amended complaint. Accordingly, on **February 11, 2025, at 10:00 a.m.**, Plaintiff shall appear for a remote hearing and show cause why the Court should not dismiss this action for failure to prosecute.[1] Plaintiff shall also file a response to this Order by **February 4, 2025**.

**SO ORDERED.**

Dated: January 2, 2025

                                              SUSAN VAN KEULEN
                                              United States Magistrate Judge

---

[1] A link to access the remote hearing is available at: https://www.cand.uscourts.gov/judges/van-keulen-susan-svk/.