1

2

3

4                           UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    MARY HOPE ARTIAGA CASTILLO,              Case No.  24-cv-00701-SVK

8              Plaintiff,

9         v.                                  **ORDER OF DISMISSAL FOR
                                              FAILURE TO PROSECUTE**
10   CITY OF SAN JOSE,

11             Defendant.

12          On May 12, 2025, this Court granted Defendant's second motion to dismiss Plaintiff's

13   complaint.  Dkt. 34.  In light of Plaintiff's self-represented status, the Court granted Plaintiff leave

14   to amend a second time with an amended complaint due by June 12, 2025.  *Id*. at 6-7.  After that

15   deadline passed with no amendment, the Court issued an order *sua sponte* extending the deadline

16   to July 14, 2025.  Dkt. 35.  The Court's order warned that if Plaintiff did not file an amended

17   complaint "this action [would] be dismissed for failure to prosecute[.]"  *Id.*[1]

18          As of this date, Plaintiff has not filed an amended complaint.  Accordingly, the Court now

19   **DISMISSES** Plaintiff's claims **without prejudice** for failure to prosecute.

20

21          **SO ORDERED.**

22   Dated: July 16, 2025

23

24                                                    _____

25                                                    SUSAN VAN KEULEN
                                                      United States Magistrate Judge
26

27   _____

     [1] The Court's prior order mistakenly warned of a "recommendation," rather than an order, of
28   dismissal.  However, because all parties to the suit have consented to the jurisdiction of a
     magistrate judge, (Dkts. 8, 11), a report and recommendation is unnecessary.

United States District Court
Northern District of California